UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald Lallaman,

Plaintiff,

vs.

Thomas Werner, John Riches, II,
Timothy O'Dell, and
Corrections Corporation of America,

Defendants.

Civil File No. 00-2679 DSD/FLN

**ORDER**

---

Plaintiff, Pro Se.
Thomas Backer Heffelfinger, Robert M. Lewis and Marlene A. Petersen for Defendants.

---

**THIS MATTER** is before the Court on Plaintiff's Motion to Extend Time for Service [#7]. Given that the Report and Recommendation filed with this Order recommends that Plaintiff's case be dismissed in its entirety, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time for Service [#7] is **DENIED AS MOOT**.

DATED: August 31, 2001

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge



FILED 8-31-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________