# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Lallaman

Plaintiff

v.

Thomas Werner, John Riches II, Timothy O'Dell, and Corrections Corporation of America,

Defendants

Case No. Civil 00-2679 DSD/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for dismissal as it pertains to plaintiff's demand for punitive damages is granted. Defendants' motion for summary judgment as it pertains to plaintiff's remaining claims is granted. Plaintiff's motion for a restraining order is denied as moot.

DATE: September 20, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk